CENTER FOR DISABILITY ACCESS
Amanda Seabock, SBN 289900
Dennis Price, SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>        Plaintiff,<br><br>    v.<br><br>**William M. Sears;**<br>**Audrey M. Sears;**<br>**George Tyler Marsh,** in individual and representative capacity as trustee of The George Tyler Marsh Revocable Trust Established February 19, 2015;<br>**CK TU, Inc.**, a California Corporation; and Does 1-10,<br><br>        Defendants. | Case No.: 4:19-cv-06791-JSW<br><br>**NOTICE OF SETTLEMENT** |

The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case.

The plaintiff expects that the stipulation for dismissal with prejudice as to all parties will be filed within 60 days.

CENTER FOR DISABILITY ACCESS

Dated: February 7, 2020        By:   /s/ Amanda Seabock
                                    Amanda Seabock
                                    Attorney for Plaintiff