UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Scott Johnson**,

    Plaintiff,

v.

**William M. Sears;**
**Audrey M. Sears;**
**George Tyler Marsh,** in individual and representative capacity as trustee of The George Tyler Marsh Revocable Trust Established February 19, 2015;
**CK TU, Inc.**, a California Corporation; and Does 1-10,

    Defendants.

Case No.: 4:19-cv-06791-JSW

**ORDER** VACATING DEADLINES AND REQUIRING STATUS REPORT

### ORDER

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days. If the parties have not filed a dismissal by March 16, 2020, they shall file a status report regarding settlement.

**IT IS SO ORDERED.**

Dated: February 10, 2020

_____
HONORABLE JEFFREY S. WHITE
United States District Judge

Notice of Settlement      -1-      4:19-cv-06791-JSW